THE PEOPLE OF THE STATE OF NEW YORK ex rel. KALMAN R., Appellant, v MARTIN DARCY, Respondent. [891 NYS2d 283]-

Kalman R. has been released from the respondent's facility. Accordingly, the instant appeal has been rendered academic. Covello, J.P., Angiolillo, Lott and Roman, JJ., concur.